

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

May 5, 2022

<u>*Via USAfx*</u>
Carmen D. Hernandez
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391
(301) 854-0076 (fax)
chernan7@aol.com

      Re:    *United States v. Kash Lee Kelly*
              Case No. 21-MJ-67 (ZMF)

Dear Counsel:

    Pursuant to our discovery obligations, we are providing the following files via USAfx:

- All of the files listed on the attached index, which are part of the Kelly case file.

Among other things, this letter memorializes ongoing discovery that has been provided to you in the above-referenced matter. By now, you are connected to the USA File Exchange ("USAfx" or "the Box"). As you are aware, there is a case-folder labeled, "Kash Kelly" and you and your paralegal have access to this case-folder and are able to download its contents.

    **I.**    **Discovery**

    Discovery in the above mentioned case has been uploaded to the USA File Exchange ("USAfx" or "the Box") titled "Kash Kelly"  **Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 30 days or less. It is therefore imperative that you download all discovery as soon as possible.**

    Note that all of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, the same files will be re-produced with bates-stamps at a later date. Nevertheless, we wanted to provide you with we can at this time, as we wait for this processing to be finalized.

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| **USAfx** | 2 links | • https://music.amazon.com/podcasts/c5250c24-9977-4277-9824-5c73151acac0/patriot-freedom-project<br>• https://www.patriotfreedomproject.com/media | *2022-05-05* |

Please be advised that we anticipate providing additional discovery in this case.

II.     **Contact Information**

If you have any questions about the information provided above, you may contact me by telephone, fax, or mail as provided below.

Emory V. Cole
Assistant United States Attorney
United States Attorney's Office
for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7692
Emory.Cole@usdoj.gov

                Respectfully,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY

         By:  */s/ Emory V. Cole*
             Emory V. Cole
             Assistant United States Attorney