# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 22-CR-208 (JEB) |
| | : | |
| v. | : | |
| | : | |
| **KASH LEE KELLY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S MOTION TO CONTINUE THE PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia respectfully submits this Motion to Continue the Plea Hearing for approximately thirty (30) days in the above-captioned matter, currently scheduled for Thursday, September 8, 2022. In support of this motion, the government relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter:

1) The Court previously set the plea hearing in this matter for September 8, 2022, at 2:30 p.m.

2) Undersigned counsel for the government is currently in a federal jury trial before the Honorable Randolph D. Moss. This jury trial is expected to last for another week or so. Moreover, to date, the government has not received the signed plea paperwork from the defendant, and it appears that additional time is needed to complete the plea paperwork. Undersigned counsel for the government requests that the plea hearing be continued for approximately thirty (30) days or whatever date is consistent with the Court's calendar.

3) In addition, the government can also represent that any sentencing hearing in this matter should take place after the Court has Ordered a new Presentence Report by the U.S.

Probation Office for the District of Columbia in the normal due course for the preparation of such a report.

4) If granted, the parties will reach out to the Court's courtroom deputy to obtain the available date(s) for the Court and parties.

5) Undersigned counsel for the government can represent that counsel for the defendant ***does not oppose*** this motion and further advise the Court that the defendant agrees that the Speedy Trial Clock, pursuant to the Speedy Trial Act 18 U.S. Code § 3161, should be tolled until the next plea hearing in this matter.

6) Wherefore, the government requests the Court to continue this matter for approximately thirty (30) days or whatever date is consistent with the Court's calendar.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   /s/ Emory V. Cole
Emory V. Cole
PA. Bar #49136
Assistant United States Attorney
United States Attorney's Office for D.C.
601 D Street, N.W.
Washington, D.C. 20530
E-mail: Emory.Cole@usdoj.gov
Telephone: (202) 252-7692