Dear Judge Boasberg:

My name is Erica Conklin. I am writing on behalf of my fiance, Kash Kelly.

Kash and I have been together for the past 3 years and together our family consists of 11 children.

When I met Kash, he was working full time and was a very active and dedicated father. We would spend hours at parks, beaches and just watching movies or having bonfires! He is a very loving and proud dad! Our children range from age 15 down to 2years of age. Together we share a 2 year old daughter, who as an outcome of this situation has not seen her dad since she was 5 months old.

Since Kash's incarceration, our family has fallen apart. His absence has resulted in siblings being divided and living in three different states, hours away from each other. Our children have struggled emotionally and mentally trying to understand this situation.

As a child and a young teen, Kash was not given many options. He was not raised in your typical family setting. At the young age of 14, he had to figure out how to survive on his own. Leading into his early adult years, it was when he became a dad that he changed his life around.  Not having a father and only a mother who was on drugs, Kash made the decision to always put his children first. He coached teams, did homework and was present and proud of who he became.

Kash has been a positive influence not only in his family but in his community. Speaking out against the gangs, keeping kids off the streets, feeding the homeless and cleaning the community are just a few things to name. Not to mention, founding the Streetlight Unity Movement which took place in 2020. Kash's passion is to unite the world. To bring people together.

Since his absence, I have had the hardest time of my life. Being diagnosed with severe depression and anxiety, trying to pick up the pieces of our life, supporting our family and just maintaining day to day are all things I struggle with tremendously. Raising a daughter that only knows her dad's voice and nothing else is heartbreaking.

I ask when you sentence Kash, please consider who he is as a person. The same person who will get out of the car to stop traffic, to help a turtle cross the road. Not as an inmate. Look at where he started and how far he has come. Kash being behind bars is not where he belongs. He belongs at home, being the best thing he knows how to be! A dad!


Thank you for your time,

Erica Conklin