Dear Judge,

On behalf of Kash Lee Kelly I am writing this letter to inform you the man that I became very close with since mid 2020 and became what I would call incredibly "fast friends," and even family.  I became partners with Kash with his project Streetlights Unity Movement and my growing business #BeTheChange.  We come from two completely different backgrounds.  I've grown up in the Midwest and ended up in the DFW area of Texas.  I have never broken the law and have an incredibly clean record.  Kash comes from tough neighborhoods and a life that I have only seen on TV and in Movies.  With that said our passions match for how we want to see this world become a better and a more unified place, specifically in this country.

After we connected on social media I drove several hours to see my Grandpa in Michigan as he was in the final stages of his life and on that road I was able to stop and meet Kash in person.  From that moment forward we were inseparable (at least from a virtual perspective) as we talked on the phone, did shows, talked politics and I came through to his house a few times and he welcomed me with his family and his children.

I can go on and on about what kind of man and father Kash is, but one story sticks with me about how much his kids listen, love him, and were growing up to be more than their surroundings.  Three of his son's came in the room talking about the comic book tv show character the flash asking about the concept of a "paradox," and these were kids ranging from 10-13 all having an intellectual conversation with their father that transcended the fact they were being raised by an "ex gang member," in what would be deemed an "underprivileged area."

Kash is someone that is a diamond in the rough that is a very rare talent to be able to speak to anyone, including the most lost.  He's come from the depths of bad decisions to reform his life which makes his impact the ultimate ripple effect.  He is humble and his words have a magic ability to get people energized to create real positive change.

He's become more than a friend, he's a brother… so much so that I became Godfather to his youngest child born right before he was sentenced from his crimes a decade ago. That's a whole different story, but the fact that he was essentially punished for a different crime based on a parole violation that to this day was a negligent issue by either the state appointed lawyer or something more malicious.  I can tell you I was on a video chat with Kash when he was approved to go to Washington DC via phone from that lawyer that had been organizing his trips.

As someone that still talks to Kash regularly I can tell you his character has become even stronger with his time being held without his right for a fast and speedy trial.  Although frustrating and he has his dark days he's even stronger in convictions of unity and equality than he went in.  He has had every unfair possible treatment from our justice system and he still wants to get out, see his children and make the world a better place.

As someone that stays in touch with his fiancé/GF Erica and have helped a bit with his kids I can tell you they need him more than ever and for him to be punished in sentencing from this incident is sad and the opposite of what this country's justice system is to do.

Kash is a reformed man from his days in the gang life, he has a very large family that love him, respect him and need him back in their lives.  He may be strong enough to take this insane punishment that doesn't match the crime, but it wears hard on the kids.

With all due respect my words don't even scratch the surface on the man that Kash has become.

Respectfully,
Anthony Russo
Founder: BeTheChange