Your Honor,

I am writing you this letter in regards to Kash Lee Kelly.  He is a man I have never met in person, but feel I know him just through his videos and posts.

I first learned of Kash in a video he did back in the early part of 2020.  What I heard from him made so much sense that I needed to hear more from him and about him. This led to one of the most incredible journeys.

I was a 59 year old white woman that couldn't get enough of his message.  He came into my husband and my life, as well as thousands of others, at a time that was so needed.  Covid had a lot of people scared, depressed, missing family and friends and just needing a positive voice.  Kash was that voice and so much more.

When Kash started the Streetlight Unity Movement I had to be a part of it.   It did not matter the color of someone's skin, someone's religious or political views, we were ALL invited, Kash got us to interact with each other, help each other, and not feel so isolated.  The slogan Unite Don't Fight was born.

We miss Kash dearly, his smiling face and his positive message.  His words always gave us hope.  We need that hope back in our lives.


Sincerely,

Kim Whittaker